Lidya Maria Radin  
c/o Friendly  
203 West 107th Street, # 8A  
New York, New York, 10025  
Telephone: 516-445-4390; Email: radin.lidya2@gmail.com

September 25, 2017

Chief U. S. District Court Judge Colleen McMahon  
500 Pearl Street, Courtroom: 24A  
New York, New York 10007-1312  
Chambers Phone: (212) 805-6325; Senior Clerk ( Criminal ): 212-805-6329

RE:   **DEMAND FOR AN EMERGENCY STAY** in US v. RADIN, 16-cr-528

Chief Judge McMahon:

I write to you today to demand an Emergency Stay of these proceedings as unlawful.

Magistrates Moses, Freeman, Peck, and Pitman have proceeded unlawfully in this case from January 28, 2016, to now.

Magistrate Pitman has already admitted and confessed that there is no federal district judge assigned to this case.

Magistrate Pitman proceeded unlawfully on September 1, 2016, proceeded on an Information that is a fraud, when he should have dismissed this case on Sepember 1, 2016, for lack of subject-matter jurisdiction, sua sponte, of his own volition, without prompting or a motion.

On May 22, 2017, Magistrate Pitman ruled unlawfully on a dispositive motion, Motion to Dismiss.  Subsequently, you failed and refused to rule on my Motion to Reconsider, instead you claimed it was a misconduct complaint against Magistrates Peck and Pitman which you forwarded to Chief Judge Katzman.  It has been almost four months and I have not heard from Judge Katzman.

On August 3, 2017, Magistrate Pitman ruled unlawfully on a Petition for Abatement for Misnomer made as of Right.  That Petition was tampered with such that the court record has been intentionally falsified.  In addition, there are over 130 pages missing, or destroyed from the court record such that the court record is an intentional fraud.

Today, Magistrate Pitman is threatening to rule on another dispositive motion, unlawfully.

In addition, I require an Emergency Stay to preserve evidence against federal prosecutors Stephanie Lake and Michael Ferrara, as they suborned perjury, and to preserve evidence against other federal and judicial officers and to seek federal witness protection; please find attached my email to Senior Judge Robert David Sak, at the Second Circuit Court of Appeals which contains some details.

In addition, please find enclosed an audio DVD/CD of a telephone conversation with Deputy

1

U.S. Marshal Paul Safier which contains details.

I was promised a call back from your office this past Friday. No one called Me back.

Magistrate Pitman is threatening to imprison Me unlawfully this September 28, 2017.

I am a witness against Magistrate Pitman.

I am a witness against Magistrates Moses, Freeman, Peck, and Pitman, all who proceeded unlawfully from January 28, 2016 to now.

I am a witness against federal prosecutors Lake and Ferrara who likewise proceeded unlawfully from January 28, 2016 to now.

Magistrate Pitman has selfish self-interest in seeking to imprison Me and in placing Me in the hands of the U.S. Marshal Service.

As detailed in my email to Senior Judge Sak, Deputy U.S. Marshals and their agents have selfish self-interest in putting Me in prison, having Me killed, and having evidence against them lost or destroyed so that they can escape accountability for their crimes. The U.S. Marshals and their agents already had Me violently assaulted without cause on January 28, 2016 on the 20th floor of 500 Pearl Street, courthouse, such that I am lucky to be alive today.

Yours,

*Lidya Maria Radin*

Lidya Maria Radin

CC: Stand-by counsel, by email.

and to Supervising attorney, Sean Buckley, by mail, and email

AUSA Sean Buckley
U.S. Attorney's Office
1 St. Andrews Plaza
New York, New York 10007
Telephone: 212-637-2261; sean.buckley@usdoj.gov

RECEIVED 17 SEP 25 AM 6:19 U.S. DISTRICT COURT S.D.N.Y.

DEMAND FOR AN Emergency Stay against Magistrate Pitman proceeding unlawfully.

Email to Senior Federal Judge Robert Sack at the Second Circuit Court of Appeals RE: Federal and Judicial officers making war against the United States, subversion, felony sedition, treason.

9/24/2017 Gmail - AUSA STEPHANIE LAKE SUBORNED PERJURY / I demand federal witness protection & to preserve evidence / federal prosecutors L…

Case 1:16-cr-00528-HBP Document 79 Filed 09/25/17 Page 4 of 8

 Gmail

RECEIVED
17 SEP 25 AM 6:19
U.S. DISTRICT COURT
S.D.N.Y.

Lidya Radin <radin.lidya2@gmail.com>

# AUSA STEPHANIE LAKE SUBORNED PERJURY / I demand federal witness protection & to preserve evidence / federal prosecutors Lake & Ferrara make war on our government of laws, in TREASON

6 messages

**Lidya Radin** <radin.lidya2@gmail.com>　　　　　　　　　　　　　　Sun, Sep 24, 2017 at 4:22 PM
To: fm@fmamlaw.com, Sean.Buckley@usdoj.gov, ROBERT_SACK@ca2.uscourts.gov, coughenourorders@wawd.uscourts.gov, karen.argent@ic.fbi.gov, mc6181@nyu.edu, anna.petsching@nyu.edu
Cc: paul.safier@usdoj.gov, shayne.doyle@usdoj.gov, "Sanseverino, Jerry (USMS)" <jerry.sanseverino@usdoj.gov>, margaret.garnett@usdoj.gov, ilan.graff@usdoj.gov, lisa.zornberg@usdoj.gov, "Lake, Stephanie (USANYS)" <stephanie.lake@usdoj.gov>, ALCarterNYSDChambers@nysd.uscourts.gov, carol.latterman@gsa.gov, jeferey.oestericher@usdoj.gov, njdnef_linares@njd.uscourts.gov, OR publiceditor <publiceditor@oregonian.com>, "Mohan, Sharanya (USANYS)" <sharanya.mohan@usdoj.gov>, "Green, Kristina" <kristina.green@stblaw.com>, jlevine@stblaw.com, rholwell@hsgllp.com, "Ferrara, Michael (USANYS) 1" <michael.ferrara@usdoj.gov>, shecker@debevoise.com, justineharrislaw@gmail.com, jbach@cooley.com, tpark@parkjensen.com, tony.thompson@nyu.edu, Jonathan@berlinrosen.com, Robin.Charlow@hofstra.edu, abernhard@law.pace.edu, martine.beamon@davispolk.com, robert_baum@fd.org, annalisa_miron@fd.org, jullian_d_harris@fd.org, jennifer_willis@fd.org, jonathan_marvinny@fd.org, dean loren <deanloren@gmail.com>, "Lalit K. Jain" <lkjesq@gmail.com>, george naytowhowcon <freelectron21@hotmail.com>, csiwik@sdreporters.com, fara.public@usdoj.gov, USMS FOIA <usms.FOIA@usdoj.gov>, bcsternheim@mac.com, info@vladeck.com, Michael Levine <michael@levinemchenry.com>, timothy.ohms@usdoj.gov, Aaron_Blazevich@nvd.uscourts.gov, paul_pierson@wawd.uscourts.gov, DHill@wrslawyers.com, lsabin@cooperlevenson.com, Bret Whipple <admin@justice-law-center.com>, adows@premierlegalgroup.com, Brenda Weksler <brenda_weksler@fd.org>, Ryan_Norwood@fd.org, Shari_Kaufman@fd.org, William_Carrico@fd.org, Cristen_Thayer@fd.org, cullen_macbeth@fd.org, Rene_Valladares@fd.org, Luke@oronozlawyers.com, info@potterlawoffices.com, dml@lasvegasdefender.com, shawn711@msn.com, alina@nvlitigation.com, maggie@nvlitigation.com, Erin.Creegan@usdoj.gov, nadia.ahmed@usdoj.gov, nicholas.dickinson@usdoj.gov, roger.wenthe@usdoj.gov, Steven.Myhre@usdoj.gov, peter.s.levitt@usdoj.gov, Morgan Philpot <jmorganphilpot@gmail.com>, Douglas Beevers <Douglas_Beevers@fd.org>, Francis Steffan <americanvoiceradio@yahoo.com>, Center for Judicial Accountability <elena@judgewatch.org>, ericfeder@dwt.com, "Eliot I. Bernstein" <iviewit@gmail.com>, mrose@civilrightspdx.com, rschoenstein@tarterkrinsky.com, MOpropdoc@ord.uscourts.gov, AApropdoc@ord.uscourts.gov, BRpropdoc@ord.uscourts.gov, MCpropdoc@ord.uscourts.gov, SIpropdoc@ord.uscourts.gov, JOpropdoc@ord.uscourts.gov, KIpropdoc@ord.uscourts.gov, MApropdoc@ord.uscourts.gov, PApropdoc@ord.uscourts.gov, REpropdoc@ord.uscourts.gov, Michael_McShane@ord.uscourts.gov, raymond.fleck@usdoj.gov, Russ Aoki <russ@aokilaw.com>, Gary Hunt <hunt@outpost-of-freedom.com>, matthew@levinemchenry.com, Jw Grenadier <psavictim@gmail.com>, JW Grenadier <jwgbkrup@gmail.com>, david_patton@fd.org, Paula Gloria <rabbitholecentral@earthlink.net>, Brian Hollander Woodstock Times Editor <wtedit@gmail.com>, amanda@mumfordpc.com, "Marcus R. Mumford" <mrm@mumfordpc.com>, Walter_Quinn@nysp.uscourts.gov, Thomas_Mixon@nysp.uscourts.gov, Sylvie Levine <sylvie_levine@fd.org>, Robert Perry <rtperry32@gmail.com>, DeeDee Halleck <deedeehalleck@gmail.com>, amy.adler@nyu.edu, barry.adler@nyu.edu, allenw@exchange.law.nyu.edu, Philip.alston@nyu.edu, jose.alvarez@nyu.edu, Claudia.angelos@nyu.edu, anthony.appiah@nyu.edu, jennifer.arlen@nyu.edu, rachel.barkow@nyu.edu, lily.batchelder@nyu.edu, barton.beebe@nyu.edu, vicki.been@nyu.edu, brookes.billman@nyu.edu, joshua.blank@nyu.edu, ryan.bubb@nyu.edu, deborah.burand@nyu.edu, paulette.caldwell@nyu.edu, stephen.choi@nyu.edu, alina.das@nyu.edu, davisk@mercury.law.nyu.edu, peggy.cooper.davis@nyu.edu, grainne.deburca@nyu.edu, mckenzie@exchange.law.nyu.edu, kim.taylor.thompson@nyu.edu, kenji.yoshino@nyu.edu

[redacted]

**Note**: This email is copied to the Dean of the Law School at New York University, and its Distinguished Scholar, **Preet Bharara**, because Mr. Bharara's name is on the intentionally false 8/3/2016 Information(s) filed against Me, and because it was and is his staff at the U.S. Attorney's office that are committing crimes against Me. **Mr. Preet Bharara is a court officer with duties of truth-telling to the tribunal that he failed and refused to perform.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dear **Senior Judge Robert David Sak, at the Second Circuit Court of Appeals** ( telephone: 212-857-2140 ):

---I am reporting to you today under 18 USC section 4 ( *report to any judge or military officer* ), felony sedition, 18 USC section 2384 ( *subversion, sedition, treason* ), by four Magistrate judges and federal prosecutors with the expectation that you will act to **stop theses offenses against the United States, 18 USC section 2384 ( *subversion, felony sedition, treason* ), against Me, and against other men and women,** sua sponte, of your own volition, without prompting or motion, and that you will act, and act immediately.

---It is your duty, by your oath as a judge to uphold, support, and defend our nation of laws against unconstitutional conduct, as here, and by **U.S. v. Lee, 106 U.S. 196 ( 1882 ),** you are a **creature of the law**, and you are bound by the law. See also, **Cole, State Hospital Superintendent, et al v. Richardson, 405 U.S. 676 ( 1972 ),** illegal, unconstitutional conduct is sedition, subversion.

--**Further, I demand federal witness protection against these magistrate judges and against federal prosecutors, especially Stephanie Lindsay Lake and Michael Ferrara, and against the the U.S. Marshal service and its agents, especially Shayne Doyle, Max Valas, Jason W. Brasgella, James Howard, and Emmanuel Mischa Wartofsky because I am a witness protecting admissible evidence against against them.**

--**Stephanie Lake**, notably, **suborned perjury** by **Homeland Security Officer V. Samuel**. As per **Attorney Carol Latterman, Regional Counsel of the General Services Administration**, copied on this email, the criminal jurisdiction at 500 Pearl Street, courthouse, is *"proprietary jurisdiction"* not *"con-current jurisdiction ",* during the time-period that I was falsely accused of committing offenses at 500 Pearl Street, courthouse.

--I have audio tapes from September 2016 that confirm this, and Attorney Latterman confirming on those audio tapes that Lake called Latterman regarding the criminal jurisdiction at 500 Pearl Street, to show that Lake suborned perjury, at trial, about a year later.

--With my life, literally, I am protecting admissible evidence, audio tapes, documentary evidence, video tapes, that show AUSA's Lake and Ferrara suborned perjury by Officer Samuel, and that Magistrate Pitman in gross violation of my constitutionally-protected and guaranteed rights to due process and redress, unlawfully did not allow Me to present this evidence at trial, which would have vindicated Me, and stopped unlawful proceedings against Me, in US v. RADIN, 16-cr-528, in the lower district court, the Southern district of New York.

---Magistrate Pitman through selfish self-interest wants Me killed because I am a witness against him, too, and three other magistrate judges.

---Deputy U.S. Marshals James Howard, Shayne Doyle, Sheri Robinson, Max Valas, Jason W. Brasgalla, Emmanuel Mischa Wartofsky and Jerry Sanservino ( in Newark, New Jersey ) want Me killed too, because I have irrefutable evidence against them, too.

---Homeland Security Inspector Justine Green, Homeland Security Supervisor Barnes, and his men, Officers Sandrowsky, and Samuel, want Me killed too, because I have irrefutable evidence against them, too, and against Homeland Security Investigator Robert E. Moore, Jr.

---FBI Agent James Eagleeye wants Me killed too, because I have irrefutable evidence against him, too.

--On September 28, 2017, in violation of law, Magistrate Pitman, colluding with federal prosecutors purports to sentence Me, and put Me in prison, <u>TO PUT ME IN THE HANDS OF THE U.S. MARSHAL SERVICE, the very goons who orchestrated a violent, physical assault on Me on January 28, 2016 at the courthouse on 500 Pearl Street, 20th floor ( see the video tape that Lake and Ferrara used at trial ), TO PUT ME IN A FEDERAL PRISON, where I</u>

9/24/2017 Gmail - AUSA STEPHANIE LAKE SUBORNED PERJURY / I demand federal witness protection & to preserve evidence / federal prosecutors L...

Case 1:16-cr-00528-HBP   Document 79   Filed 09/25/17   Page 6 of 8

will be beaten and killed, and so evidence against CORRUPT Magistrate Pitman, three other CORRUPT magistrate judges
( Barbara Moses, Debra Freeman, and Andrew Peck ), CORRUPT federal prosecutors ( Stephanie Lake and Michael Ferrara ), and CORRUPT federal officers will be destroyed.

--Accordingly, I demand federal witness protection, and demand an Order adjourning the sentencing date to preserve and present evidence.

--Briefly, the facts are as follows.

--In connection with the email AUSA Lake sent Me this past Saturday evening, I do not accept service by email from Lake, as she is aware, see letter attached.

--However, it is my constitutionally-protected and guaranteed right to due process and to redress to make Replies to Lake's cowardly and unresponsive Oppositions/responses to my motions, which would necessitate an adjournment of the sentencing date, anyway, set for September 28, 2017.

--In addition to Me challenging the the jurisdiction of the unlawful criminal proceeding against Me, in US v. RADIN, docket number in the lower district court, Southern district of New York, 16-cr-528, other non-party witnesses, some of whom are are copied on this email, **decorated military veterans and their families**, also, may challenge the jurisdiction of this unlawful proceeding, as per U.S. Supreme Court rulings, **U.S. Catholic Conference v. Abortion Rights, etc., 487 U.S. 72 ( 1988 )**.

----I reminded Ms. Lake, that she is a **creature of the law**, and bound by the law, **U.S. v. Lee, 106 U.S. 196 ( 1882 )** and that when Lake breaks the law, as Lake has done here, irrefutably, Stephanie Lake makes war against our nation of laws, in **felony sedition, 18 USC section 2384**, an irreparable harm. Secondary, is the malicious harm Lake inflicted upon Me.

----I reminded Ms. Lake, that she **suborned perjury** by **Homeland Security Officer V. Samuel on the last day of trial, and that Magistrate Pitman unlawfully refused to let Me present evidence that shows Lake suborned perjury by Homeland Security Officer V. Samuel.**

---As per **Attorney Carol Latterman**, **Regional Counsel of the General Services Administration**, copied on this email, the criminal jurisdiction at 500 Pearl Street, courthouse, is *"proprietary jurisdiction"* not *"con-current jurisdiction"*, during the time-period that Lake falsely accused Me of committing an offense at 500 Pearl Street, courthouse.

--I reminded Lake that she is operating in criminal contempt of U.S. Supreme Court rulings, and acts of Congress.

--Also, I reminded, Ms. Lake, of **United States v. Lopez, 514 U.S. 549 ( 1995 )**, bench trial reversed for lack of jurisdiction, and of **Cole, State Hospital Superintendent, et al v. Richardson, 405 U.S. 676 ( 1972 )**, illegal, unconstitutional conduct is sedition, subversion.

---Nevertheless, I served Lake properly with my Motion papers, and her supervisor, **AUSA Margaret Garnett ( telephone: 212-637-2200 )** with my Petition for a Writ (order) of Prohibition at the Second Circuit, and I attach these to this email, for ease of reference.

--I copied Lake's supervisors on this email, notably **AUSA Sean Buckley ( telephone: 212-637-2261)**, to provide them with my most recent filings at the lower district court, and papers rejecting the fraud that was perpetrated against Me at the Second Circuit Court of Appeals in connection with my Petition for a Writ (order) of Prohibition. made to stop this unlawful criminal proceeding against Me, US v. RADIN, cr-16-528, in the Southern district of New York.

---Where, as here, prosecutors and magistrate judges break the law, a Writ (order) of Prohibition, to stop them, must issue from the Second Circuit, **as of Right, there is no discretion.**

9/24/2017 Gmail - AUSA STEPHANIE LAKE SUBORNED PERJURY / I demand federal witness protection & to preserve evidence / federal prosecutors L...

Case 1:16-cr-00528-HBP   Document 79   Filed 09/25/17   Page 7 of 8

--Magistrate Pitman broke the law, again, on **May 22, 2017**. By law, by acts of Congress, Magistrate Pitman cannot rule on dispositive motions ( motions that would end a case ) like Motions to Dismiss; see **28 USC sections 636(b)(1)(A) and (B) and (C).** The only thing Magistrate Pitman can do is make a Report & Recommendations. Because Magistrate Pitman ruled on my May 22, 2017 Motion to Dismiss, Pitman broke the law, and lost the jurisdiction of the Court. Further, Magistrate Pitman usurped the authority of federal district judges ( constitutional judges ). They will never and they can never sanction and endorse Pitman's usurpation of power, by operation of law.

--In the past few days, and weeks, I found four other criminal cases to show that Magistrate Pitman knows he can only make a Report & Recommendations, that Pitman did not make a one-time honest mistake, that Pitman moved against Me with evil in his heart, with malice of forethought, with criminal intent, and must be disqualified from the case against Me, US v. RADIN, 16-cr-528, in the Southern district of New York.

--Again, I demand that you stop this unlawful proceeding against Me as you are bound to do by law, **U.S. v. Lee, 106 U.S. 196 ( 1882 ),** you are a **creature of the law**, and you are bound by the law.

--Also, I demand that you un-do the malicious harm inflicted by federal prosecutors and former Judge John Gleeson in US v. Davis, at the Second Circuit, 726 F.3d 357. Like Me, Davis was charged with a punishment, not a crime, 18 USC section 113. 18 USC 113 states a punishment, not a crime. I contacted John Gleeson with a request that as the trial judge from the Eastern district he correct this injustice inflicted on Davis, and John Gleeson refused. I am a witness against former federal Judge John Gleeson to show that Gleeson conspired with federal prosecutors to break the law.

--Accordingly, I demand federal witness protection and to preserve evidence against John Gleeson a former federal judge from the Eastern district and a former federal prosecutor.

---In sum, I am a whistle-blower, so are other non-party witnesses who can challenge jurisdiction in US v. Radin, 16-cr-528; see, **U.S. Catholic Conference v. Abortion Rights, etc., 487 U.S. 72 ( 1988 ), non-party witnesses can challenge jurisdiction.**

--Also, this link will take you to a video I made of my audio taped conversation with **Supervisory Deputy U.S. Marshal Paul Safier from 9/21/2017**, wherein I detailed <u>the criminal conduct of four magistrate judges, Barbara Moses, Debra Freeman, Andrew Peck, and Henry Pitman, and AUSA Lake.</u>

This is a Video link to audio taped conversation with Supervisory Deputy U.S. Marshal Paul Safier, including details from Halleck et al v. City of New York et al, wherein the constitutionally-protected and guaranteed rights of redress and free speech of Independent Media producers is violated.

https://www.youtube.com/watch?v=WiiJ-bEc_GA&t=32s

[RECEIVED 17 SEP 25 AM 6:19 U.S. DISTRICT COURT N.Y.]

This is a Video link to audio taped conversation with Deputy U.S. Marshal Paul Safier, including details from **Halleck et al v. City of New York et al**, in connection with **New York University professor George Stoney's** work in public access TV, and the unlawful banning and censorship of producers, including Me ( the unlawful censorship and banning of Lidya Radin ) and Dee Dee Halleck through Manhattan Neighborhood Network, incriminating **Manhattan Borough President, Gale Brewer, and New York City Law Department Attorney Emily Stitleman.**

https://www.youtube.com/watch?v=WiiJ-bEc_GA&t=32s

--Lake's letter to Me, attached, shows that she is engaging in Motion practice with Me, such that the sentencing date must be adjourned so that I can make Replies, or my constitutionally-protected and guaranteed rights to redress and due process will be violated even more, to compel you even more to act and act immediately to stop the unlawful criminal proceeding against Me, 16-cr-528, US v. RADIN.

Case 1:16-cr-00528-HBP   Document 79   Filed 09/25/17   Page 8 of 8

9/24/2017    Gmail - AUSA STEPHANIE LAKE SUBORNED PERJURY / I demand federal witness protection & to preserve evidence / federal prosecutors L...

--I am precluded from doing a Motion to Vacate Judgment, 28 USC section 2255, because a Motion made under this statute is a continuation of the criminal proceeding against Me. The criminal proceeding lost jurisdiction such that I cannot do a Motion to Vacate, by operation of law.

--Further, a Motion to Vacate under 28 USC section 2255, is an attack on the rulings ( findings of fact and conclusions of law made on the record ) of a constitutional, Article III judge, a federal district judge. As Magistrate Pitman already admitted and confessed, in open, public court on 9/23/2016, there is no federal district judge assigned to this case, thereby precluding Me from making a Motion to Vacate, 28 USC section 2255.

--In sum, I am being denied even a forum in felony sedition, 18 USC section 2384, to railroad Me, a whistle-blower, into prison to kill Me, in an unlawful Soviet Union show-trial.

--The prosecutor has lost disinterest to such an extreme degree that the prosecutor will lie, cheat, steal, break the law to persecute and murder Me.

My phone number is 516-445-4390, respectfully, Lidya Maria Radin.

📄 disquaify.pitman.pdf

📄 arrest.of.judgment.pdf

RECEIVED 17 SEP 25 AM 6:19 U.S. DISTRICT COURT S.D.N.Y.

2 attachments

📄 rejected4fraud.pdf
7378K

📄 2017.9.23 Letter to Radin re Sentencing (3).pdf
85K

